IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RUFUS JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 02-2260 |
| v. ) | Jury Demand |
| ) | |
| STATE OF ILLINOIS, ILLINOIS DEPARTMENT ) | |
| OF CHILDREN AND FAMILY SERVICES, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR VOLUNTARILY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO Fed. R. C. P. 41(a)(2)**

NOW COMES the Plaintiff, RUFUS JOHNSON, by and through his attorney, Robert G. Kirchner, and hereby moves this Honorable Court to voluntarily dismiss the above-mentioned case, and in support of said motion states as follows:

1.  That there have been no dispositive motions filed by the Defendant;

2.  That Fed. R. C. P. 41(a)(2) allows for voluntary dismissal without prejudice of a case as the court deems proper;

3.  That there are no counter-claims by Defendants on file;

4.  That Plaintiff's attorney has consulted with Defendant's counsel – Stephanie Shallenberger this date and Defendant's counsel has advised that she cannot provide a response as to whether Defendant objects or does not object to Plaintiff's Motion for Voluntary Dismissal Without Prejudice Pursuant to Red. R. C. P. 41(a)(2);

5.  That the parties had previously agreed to delay discussion of a settlement until after the Plaintiff's deposition;

6.  That Plaintiff's deposition was taken on September 14, 2004;

7. That Defendant's counsel informed Plaintiff this date that Defendant was not willing to make a settlement offer.

8. That the United State Supreme Court has recently ruled that the application limitations period for § 1981 claims is 4 years, overruling 7th Circuit precedent. *Jones v. R.R. Donnelley & Sons Co.*, 124 S.Ct. 1836 (2004).

WHEREFORE, Plaintiff prays this Court voluntarily dismiss the above-mentioned case pursuant to Fed. R. C. P. 41(a)(2), without prejudice.

Rufus Johnson, Plaintiff
By:  s/ Robert Kirchner
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2004 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stephanie Shallenberger, Illinois Attorney General's Office.
s/ Robert Kirchner
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

F:\WPDOCS\bob\Johnson, Rufus\Mot to voluntarily dismiss 9-27-04.wpd