**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| RUFUS JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ILLINOIS DEPARTMENT OF CHILDREN )<br>AND FAMILY SERVICES, )<br>)<br>Defendant. ) | NO. 02-2260 |

### MOTION TO STRIKE PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OR IN THE ALTERNATIVE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby files its Motion to Strike Plaintiff's Motion for Voluntary Dismissal Without Prejudice or in the alternative, Defendant's Response to Plaintiff's Motion to Dismiss. In support thereof, Defendant states as follows:

1. On September 27, 2004, four days prior to the dispositive motion deadline, Plaintiff filed a motion to voluntarily dismiss his Title VII race discrimination case without prejudice.

2. Plaintiff's Motion to Dismiss should be stricken because it does not comply with CDIL-LR 7.1(B)(1).

3. Alternatively, Plaintiff's Motion to Dismiss should be denied as it will cause Defendant prejudice, any delay is a result of Plaintiff's lack of diligence to prosecute his case, Plaintiff has failed to sufficiently state a reason for the dismissal.

4. Attached hereto is Defendant's Memorandum of Law.

WHEREFORE, Defendant, Department of Children and Family Services, respectfully requests this Court to strike Plaintiff's Motion or in the alternative deny Plaintiff's Motion for Voluntary Dismissal Without Prejudice.

                Respectfully submitted,

                ILLINOIS DEPARTMENT OF CHILDREN
                AND FAMILY SERVICES,

                    Defendant,

                LISA MADIGAN, Attorney General of the
                State of Illinois,

Stephanie L. Shallenberger, #6279773
Assistant Attorney General         Attorney for Defendant,
500 South Second Street
Springfield, IL 62706
(217) 785-4555
Of Counsel.                     By: /s/ Stephanie L. Shallenberger
                                    Stephanie L. Shallenberger
                                    Assistant Attorney General

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2004, I electronically filed the foregoing Motion to Strike Motion for Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Robert G. Kirchner
    Lerner & Kirchner
    100 Trade Center Dr., Suite 402
    Champaign, IL 61824
    rgk-kirchnerlaw@sbcglobal.net

and I hereby certify that on September 28, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

    None.

                                      Respectfully submitted,

                                      /s/ Stephanie L. Shallenberger
                                      Stephanie L. Shallenberger, #6279773
                                      Assistant Attorney General
                                      500 South Second Street
                                      Springfield, IL  62706
                                      Telephone:  (217) 785-4555
                                      Facsimile:  (217) 524-5091
                                      sshallenberger@atg.state.il.us