E-FILED
Tuesday, 28 September, 2004  04:42:33 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| RUFUS JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 02-2260 |
| ) | |
| ILLINOIS DEPARTMENT OF CHILDREN ) | |
| AND FAMILY SERVICES, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby files its Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 and CDIL-LR 7.1(D).  In support thereof, Defendant states as follows:

1.  On December 16, 2002, Plaintiff filed a one count complaint alleging racial discrimination and harassment in violation of Title VII, 42 U.S.C. § 2000(e).

2.  Summary judgment should be entered in favor of the Defendant for one or more of the following reasons:

    A.  All occurrences prior to February 21, 2001, are beyond the 300 day filing requirement;

    B.  The allegations of racial harassment are outside the scope of Plaintiff's EEOC charge;

    C.  Plaintiff failed to prove that similarly situated employees received more favorable treatment in the terms and conditions of their employment;

    D.  Plaintiff failed to prove that he was the victim of a severe or pervasive work environment; and

        E.        Plaintiff failed to prove employer liability.

    3.    Attached hereto is Defendant's Memorandum of Law in support of its Motion for Summary Judgment.

WHEREFORE, Defendant, ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, respectfully requests this Court to enter summary judgment in its favor.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF CHILDREN
        AND FAMILY SERVICES,

            Defendant,

        LISA MADIGAN, Attorney General of the
        State of Illinois,

Stephanie L. Shallenberger, #6279773
Assistant Attorney General        Attorney for Defendant,
500 South Second Street
Springfield, IL 62706
(217) 785-4555
Of Counsel.        By: <u>/s/ Stephanie L. Shallenberger</u>
            Stephanie L. Shallenberger
            Assistant Attorney General

## CERTIFICATE OF SERVICE

      I hereby certify that on September 28, 2004, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Robert G. Kirchner
    Lerner & Kirchner
    100 Trade Center Dr., Suite 402
    Champaign, IL 61824
    rgk-kirchnerlaw@sbcglobal.net

and I hereby certify that on September 28, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

    None.

                Respectfully submitted,

                /s/ Stephanie L. Shallenberger
                Stephanie L. Shallenberger, #6279773
                Assistant Attorney General
                500 South Second Street
                Springfield, IL  62706
                Telephone:  (217) 785-4555
                Facsimile:  (217) 524-5091
                sshallenberger@atg.state.il.us