**E-FILED**
Tuesday, 28 September, 2004  04:50:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RUFUS JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) No. 02-2260 |
| STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, | ) |
| Defendant. | ) |

## DEFENDANT'S TYPE VOLUME LIMITATION CERTIFICATION

Pursuant to CD IL-LR 7.1(B)(2) and 7.1(D)(4), the Defendant certifies that its Memorandum of Law in Support of Defendant's Motion for Summary Judgment consists of 40,649 characters exclusive of the required Statement of Facts and is therefore in compliance with the above referenced rules.

Respectfully submitted,

ILLINOIS DEPARTMENT OF
CHILDREN AND FAMILY SERVICES,

Defendant,

LISA MADIGAN, Attorney General of the
State of Illinois,

Attorney for Defendant,

BY: /s/ Stephanie L. Shallenberger
Stephanie L. Shallenberger
Assistant Attorney General

Stephanie L. Shallenberger, #6279773
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 785-4555
Of Counsel.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2004, I electronically filed the foregoing Type Volume Limitation Certification with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on September 28, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

Mr. Robert G. Kirchner
Lerner & Kirchner
100 Trade Center Dr., Suite 402
Champaign, IL 61824

Respectfully submitted,

/s/ Stephanie L. Shallenberger
Stephanie L. Shallenberger, #6279773
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
sshallenberger@atg.state.il.us