E-FILED
Thursday, 30 September, 2004  09:21:07 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT, STATE OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RUFUS JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 02-2260 |
| v. | ) Jury Demand |
| | ) |
| STATE OF ILLINOIS, ILLINOIS DEPARTMENT | ) |
| OF CHILDREN AND FAMILY SERVICES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF NAME AND ADDRESS CHANGE**

NOW COMES ROBERT G. KIRCHNER and hereby notifies the Court of the change in his contact information as follows:

Robert G. Kirchner Law Office
100 Trade Centre Drive - Suite 402
Champaign, Illinois 61820
Phone Number:  (217) 355-5660
Facsimile Number:  (217) 355-5675
E-mail Address:  *rgk-kirchnerlaw@sbcglobal.net*

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stephanie Shallenberger, Attorney General's Office.

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net
F:\WPDOCS\bob\Johnson, Rufus\Notice of Name and Address Change, 9-30-04.wpd