**E-FILED**
Wednesday, 13 October, 2004  03:04:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RUFUS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-2260 |
| v. | ) | Jury Demand |
| | ) | |
| STATE OF ILLINOIS, ILLINOIS DEPARTMENT | ) | |
| OF CHILDREN AND FAMILY SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR THE EXTENSION OF TIME PURSUANT TO CDIL-LR 6.1

NOW COMES the Plaintiff, RUFUS JOHNSON, by and through his attorney, Robert G. Kirchner, and hereby moves that this Court extend the time to respond to *Defendant's Motion for Summary Judgment* until 14 days after this Court has ruled on *Plaintiff's Motion for Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41(a)(2)*, *Defendant's Motion (and Memorandum of Law) to Strike Plaintiff's Motion for Voluntary Dismissal Without Prejudice or In the Alternative Defendant's Response to Plaintiff's Motion to Dismiss*, and *Plaintiff's Memoranda of Law in Opposition to Defendant's Motion to Strike Plaintiff's Motion for Voluntary Dismissal Without Prejudice or in the Alternative Defendant's Response to Plaintiff's Motion to Dismiss* and in support states as follows:

1.      That Plaintiff filed his *Motion for Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41(a)(2)* on September 27, 2004.

1

2.    That Defendant filed *Defendant's Motion to Strike Plaintiff's Motion for Voluntary Dismissal Without Prejudice or In the Alternative Defendant's Response to Plaintiff's Motion to Dismiss* (and Memorandum of Law) on September 28, 2004.

3.    That Plaintiff filed *Plaintiff's Memoranda of Law in Opposition to Defendant's Motion to Strike Plaintiff's Motion for Voluntary Dismissal Without Prejudice or in the Alternative Defendant's Response to Plaintiff's Motion to Dismiss* on October 12, 2004.

4.    That Defendant filed *Defendant's Motion for Summary Judgment* on September 28, 2004.

5.    That according to Local Rule CD-IL 7.1(D)(2), the response to the *Defendant's Motion for Summary Judgment* is due "[w]ithin 21 days of service of a motion for summary judgment, unless the time is extended by the court... ."

6.    That Plaintiff's response to *Defendant's Motion for Summary Judgment* is due October 19, 2004.

7.    That in the interest of judicial economy, the Court should rule on the Motion and Responses regarding Plaintiff's *Motion for Voluntary Dismissal* (that was filed first), before ruling on Defendant's *Motion for Summary Judgment*.

8.    That Local Rule CD-IL 6.1 states that any party seeking an extension of time for any reason must file a motion for such extension before the original deadline.

9.    That the deadline for filing Plaintiff's response to *Defendant's Motion for Summary Judgment* has not passed.

10.    That opposing counsel has stated that the Defendant objects to Plaintiff'*s Motion for the Extension of Time Pursuant to CDIL-LR 6.1.*

2

WHEREFORE, Plaintiff RUFUS JOHNSON, prays that this Court grant Plaintiff's

*Motion for the Extension of Time Pursuant to CDIL-LR 6.1* to respond to *Defendant's Motion for*

*Summary Judgment* until 14 days after this Court rules on *Plaintiff's Motion for Voluntary*

*Dismissal* filed September 27, 2004.


Respectfully submitted,

Rufus Johnson, Plaintiff


By:    /s/ Robert G. Kirchner
       Robert G, Kirchner, his attorney


Robert G. Kirchner
Attorney at Law
100 Trade Centre Dr., Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217)355-5675
rgk-kirchnerlaw@sbcglobal.net

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 13, 2004, I electronically filed the foregoing
***PLAINTIFF'S MOTION FOR THE EXTENSION OF TIME PURSUANT TO CDIL-LR 6.1***
with the Clerk of Court using the CM/ECF system which will send notification of such filing to
the following:

Stephanie L. Shallenberger, #6279773
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
sshallenberger@atg.state.il.us

Respectfully submitted,
<u>/s/ Robert G. Kirchner</u>
Robert G, Kirchner, his attorney
100 Trade Centre Dr., Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217)3555-675
rgk-kirchnerlaw@sbcglobal.net

4